# United States District Court
## Southern District of Indiana

Laura A. Briggs
Clerk of the Court

| | |
|---|---|
| 105 U.S. Courthouse<br>46 East Ohio Street<br>Indianapolis, Indiana<br>46204 | 101 Northwest MLK Boulevard<br>Evansville, Indiana<br>47708 |
| 210 Federal Building<br>Terre Haute, Indiana<br>47808 | 121 West Spring Street<br>New Albany, Indiana<br>47150 |

RECEIVED
2006 JUN 14 A 9: 38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

June 12, 2006

06mj50

Debra P. Hackett
Clerk of Court
U S District Court
P O Box 711
Montgomery, AL 36101-0711

Dear Madam:

        RE: United States of America
           -v-
          Jeffrey D. Cosby
          Cause No.: IP06-155M-01
          Your Cause Number: 3:06-MJ-50-CSC

  The above named defendant is ordered removed to your district by the United States District Court, Southern District of Indiana, Indianapolis Division.

  Enclosed please find certified copies of the entire file along with a certified copy of the docket sheet.

  Please acknowledge receipt on the copy of this letter.

        Very truly yours,

        Laura A. Briggs, Clerk

        By: _/s/ Sherry Mill_
           Deputy Clerk

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

JEFFREY D. COSBY

**WARRANT FOR ARREST**

CASE NUMBER: 3:06 mj-50-CSC

RECEIVED 2006 MAY 30 P 4: 11 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

COPY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JEFFREY D. COSBY__
                                          Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

*charging him or her with (brief description of offense):*
being a person who uses, persuades, induces and entices a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to believe that such visual depiction will be transported in interstate and foreign commerce and mailed and that that visual depiction was produced using materials that have been shipped, mailed and transported in interstate and foreign commerce, by any means, including by computer.

in violation of Title __18__, United States Code, Section(s) __2251(a)__.

| CHARLES S. COODY | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | May 30, 2006     Montgomery, AL |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |
| Bail fixed at $_____ by | |
| | Name of Judicial Officer |

[Stamp: U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA CERTIFIED A TRUE COPY CLERK OR DEPUTY — LAURA A. BRIGGS CLERK]

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-6-06 | [signature] U.S. Postal Inspector | |

[Stamp: FILED JUN 7 - 2006 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA]

AO 442 (Rev. 5/81) Warrant for Arrest

//

# United States District Court

SOUTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA<br>V.<br>JEFFREY D. COSBY | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District Of Arrest | District Of Offense | District Of Arrest | District Of Offense |
|  | 3:06-MJ-50-CSC | IP06-155M-01 |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ■ Complaint    ☐ Other (specify)

charging a violation of 18 U.S.C. § 2251(a)

**DISTRICT OF OFFENSE**
Middle of Alabama

**DESCRIPTION OF CHARGES**
child pornography

*CERTIFIED TRUE COPY — CLERK OR DEPUTY — LAURA A. BRIGGS, CLERK*

**CURRENT BOND STATUS**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
■ Other (specify)

**Representation:**  ☐ Retained Own Counsel   ■ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ■ No   ☐ Yes   Language:

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that de-fendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

6/7/06
Date

_Tim A. Baker, United States Magistrate Judge_

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |