# United States District Court

### SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

JEFFREY D. COSBY
_____
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Magistrate Cause Number: IP06-155M-01
Case Number:

Upon motion of the __United States Government__, it is ORDERED that a detention hearing is set for _____* at _____
                                                Date                                                      Time
before __Tim A. Baker, U.S. Magistrate Judge__
         Name of Judicial Officer
__United States Courthouse, 46 East Ohio Street, Indianapolis,   Room # 238__
                              Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: June 7, 2006

Tim A. Baker, U.S. Magistrate Judge

*[Certified True Copy stamp — Laura A. Briggs, Clerk, U.S. District Court Southern District of Indiana]*

---

* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a)will flee or (b)will obstruct or attempt to obstruct justice,or threaten,injure,or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.