| OFFENSE | DIST | OFF | CUST | W | J | A | FILEDATE | NO.DEFS | MAG CASE NO | COUNTY | JUDGE | MAG. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 0756 | 1 | CUST | N | N | N | 06 07 06 | 0 | 06-0155M-01 |  |  |  |

Defendant: COSBY, JEFF
SS#:                                            DOB:

    No address available.

Aliases: None

## I. CHARGES

No charges were found for this defendant.

## II. KEY DATES

Key Date 1 :                Earliest of:
Key Date 2 :                Applicable :
Key Date 3a:                Applicable :
Key Date 3b:                Applicable :
Key Date 4 :                Applicable :

Closed Date:    06/12/06

### ATTORNEYS

U. S. Attorney or Asst.

  STEVEN DEBROTA

Defense at filing:

  WILLIAM H DAZEY JR
  INDIANA FEDERAL COMMUNITY DEFENDERS
  111 MONUMENT CIRCLE, #752
  INDIANAPOLIS       IN   46204
  (317)383-3520   Fax:(317)383-3525



*U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA — CERTIFIED TRUE COPY — CLERK OR DEPUTY — LAURA A. BRIGGS, CLERK*

UNITED STATES DISTRICT COURT DOCKET                    Date Printed: 06/12/06

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 06/07/06 | 1 | MOTION for detention - USA eod 06/07/06 [SWM] |
| 06/07/06 | 2 | COURTROOM MINUTES of a Rule 5(c)(3) hearing on a complaint out of the MD/AL in Birmingham, cause number 3:06 mj-50-CSC held before U S Mag Judge Baker eod 06/12/06 [SWM] |
| 06/07/06 | = | DEFT APPEARS IN PERSON AND w/FCD Billy Dazey eod 06/12/06 [SWM] |
| 06/07/06 | = | APPEARANCE FOR THE USA BY AUSA Steve DeBrota eod 06/12/06 [SWM] |
| 06/07/06 | = | USPO Represented by Mark McCleese eod 06/12/06 [SWM] |
| 06/07/06 | = | CHARGES & RIGHTS were read and explained eod 06/12/06 [SWM] |
| 06/07/06 | = | Govt moved for temporary detention. Deft waived identity hearing and consented to transfer to the MD/AL for his probable cause and detention hearings. Deft advised of his Rule 20 rights eod 06/12/06 [SWM] |
| 06/07/06 | = | DEFT REMANDED TO CUSTODY of the US Marshals pending transfer to MD/AL eod 06/12/06 [SWM] |
| 06/07/06 | 3 | WAIVER of Rule 5 & 5.1 Hearings (Complaint/Indictment) signed by deft and defense counsel eod 06/12/06 [SWM] |
| 06/07/06 | 4 | USM RETURN dated 6/6/06 (date of arrest) eod 06/12/06 [SWM] |
| 06/07/06 | 5 | RULE 40 OUT to the MD/AL in Birmingham, cause number 3:06 mj-50-CSC cc: USA, UPSO and USM eod 06/12/06 [SWM] |